(101 So. 926)

Alfred SHORT v. STATE. (6 Div. 518.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Pinkney Scott, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The entire record has been read and considered by this court sitting en banc, and the unanimous conclusion is reached that evidence adduced upon this trial was wholly insufficient to support the verdict of the jury

and to sustain the judgment of conviction. The accused was entitled to the general affirmative charge requested in writing, and for the failure to give this charge the judgment is reversed and the cause remanded. Reversed and remanded.